DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON TOLLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1865

[August 23, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 92-21104CF10B.

Jason Tolley, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Janvier v. State,* 123 So. 3d 647 (Fla. 4th DCA 2013).

WARNER, TAYLOR and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***